Prepared and Submitted By:
MARTIN J. BRILL (Calif. Bar No. 53220) mjb@LNBYB.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@LNBYB.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@LNBYB.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
*Reorganization Counsel for Chapter 11 Debtor and Debtor-in-Possession*

Steven R. Skirvin (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 334
South Jordan, UT 84095
Telephone: (801) 984-8045; Facsimile: (801) 984-4315
Email: srs@dkclaw.com
*Local Counsel for Chapter 11 Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: <br><br> WESTERN UTAH COPPER COMPANY, <br><br> Debtor and Debtor in Possession. | Case No. 10-29159 WTT <br> Chapter 11 <br> Honorable William T. Thurman <br><br> Filed Electronically |
|---|---|
| In re: <br><br> COPPER KING MINING CORPORATION, <br><br> Debtor and Debtor in Possession. | Case No. 10-30002 WTT <br> Chapter 11 <br> Honorable William T. Thurman <br><br> Filed Electronically |

**ORDER CONTINUING HEARING ON MOTION FOR SUBSTANTIVE CONSOLITATION AND AUTHORIZING JOINT ADMINISTRATION OF AFFILIATED CASES**

1

**Filed: 09/16/10**

The oral motion of Debtors and Debtors in Possession Western Utah Copper Company and Copper King Mining Corporation (collectively "Debtors") came before the Court on September 8, 2010 at 11:00 a.m. Appearances are as noted on the record. The Court, having considered the oral motion, there being no objection, and having determined that good cause exists to grant the relief requested; it is hereby

ORDERED, ADJUDGED and DECREED that Debtors' above-captioned bankruptcy cases shall be jointly administered for procedural purposes; and

ORDERED, ADJUDGED and DECREED that all pleadings shall be filed in *In re Western Utah Copper Company*, case no. 10-29159 WTT, and shall be captioned as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Case No. 10-29159 WTT |
|---|---|
| WESTERN UTAH COPPER COMPANY, et al., | Chapter 11<br>(Jointly Administered with<br>Case No. 10-30002 WTT) |
| Debtors and Debtors in Possession. | Honorable William T. Thurman |

and it is further

ORDERED, ADJUDGED and DECREED that a docket entry shall be made in the case of *In re Copper King Mining Corporation*, bankruptcy case no. 10-30002 WTT, substantially as follows:

2

"An order has been entered consolidating this Chapter 11 case for procedural purposes only and providing for its joint administration with the Chapter 11 case of *In re Western Utah Copper Company*, bankruptcy case no. 10-29159 WTT"; and it is further

ORDERED, ADJUDGED and DECREED that Debtors shall maintain separate master service lists in each of their individual cases, and that Western Utah Copper Company's master service list shall include all individuals and entities requesting service in the Copper King Mining Corporation case; and it is further

ORDERED, ADJUDGED and DECREED that the hearing to consider substantive consolidation of the Debtors' cases is hereby continued to November 2, 2010 at 1:30 p.m.

-- END OF ORDER --