M. Darin Hammond – Bar No. 6741
**SMITH KNOWLES, P.C.**
4723 Harrison Blvd. #200
Ogden, UT 84403
Telephone No. (801) 476-0303
Facsimile No. (801) 476-0399
dhammond@smithknowles.com

*Attorneys for Empire Advisors, LLC, Altus Metals, LLC, and Skye Mineral Partners, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>COPPER KING MINING CORPORATION,<br><br>Debtor. | NOTICE OF TRANSFER OF POST PETITION DEBTOR-IN-POSSESSION FINANCING<br><br>Case No. 10-30002<br>(Chapter 11)<br><br>Judge William T. Thurman<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that the Debtor-in-Possession Financing claim of DDB Utah, LLC (9.2284585%), The Raymond W. Schmelzer Marital Trust (1.6560370%), Top-Notch Investments, LLC (3.2958780%), Rodney Evan Schmelzer (1.6479390%), Brent Thomas Bingham (2.6367024%), Bridge Loan Capital Fund, LP (8.1078599%), DPI College, LC (13.2322927%), Millford Copper Investors II, LLC (6.5917561%), Reynolds Brothers, Inc. (41.2105750%), and Millford Investors, LLC (4.6142292%), arising out of Docket No. 607 (Case No. 10-29159) on or about March 29, 2011 in the amount of $200,000.00 principal has been assigned to Skye Mineral Partners, LLC. See Exhibit "A" attached hereto.

DATED this 17 day of June, 2011.

                                      **SMITH KNOWLES, P.C.**

                                      M. Darin Hammond
                                      *Attorneys for Empire Advisors, LLC, Altus*
                                      *Metals, LLC and Skye Mineral Partners, LLC*

# EXHIBIT "A"

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re Copper King Mining Corporation          ,          Case No. 10-30002

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Skye Mineral Partners, LLC | See Exhibit "A" appended hereto |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  500 South Front St., Suite 1200
  Columbus, OH 43215

Court Claim # (if known): DIP Financing
Amount of Claim: $200,000.00 (principal)
Date Claim Filed: 03/29/2011 (date order filed)

Phone: (614) 887-7118
Last Four Digits of Acct #: _____

Phone: (801) 257-1900
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____          Date: 06/17/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit "A"

Names of Lenders and Percentages

a.   DDB Utah, LLC - 9.2284585%;

b.   The Raymond W. Schmelzer Marital Trust - 1.6560370%;

c.   Top- Notch Investments, LLC – 3.2958780%;

d.   Rodney Evan Schmelzer – 1.6479390%;

e.   Brent Thomas Bingham – 2.6367024%;

f.   Bridge Loan Capital Fund, LP – 8.1078599%;

g.   DPI College, LC – 13.2322927%;

h.   Milford Copper Investors II, LLC – 6.5917561%;

i.   Reynolds Brothers, Inc. – 41.2105750%; and,

j.   Milford Investors, LLC – 4.6142292%.

11951092.2