M. Darin Hammond – Bar No. 6741
Kenyon D. Dove – Bar No. 9868
**SMITH KNOWLES, P.C.**
4723 Harrison Blvd. #200
Ogden, UT 84403
Telephone No. (801) 476-0303
Facsimile No. (801) 476-0399
dhammond@smithknowles.com

*Attorneys for Empire Advisors, LLC, Altus Metals, LLC, and Skye Mineral Partners, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>COPPER KING MINING CORPORATION,<br><br>Debtor. | **NOTICE TO INTERESTED PARTIES**<br><br>Case No. 10-30002<br>(Chapter 11)<br><br>Judge William T. Thurman<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that Skye Mineral Partners, LLC ("Skye"), the proposed Debtor-In-Possession ("DIP") lender, senior secured lender and holder and owner of (a) the loans to Western Utah Copper Company ("WUCC") and guaranteed by Copper King Mining Corporation ("CK", and collectively with WUCC, "Debtors") commonly referred to as the First Lien Loans, Second Lien Loans and Third Lien Loans, (b) all priming super-priority DIP loans previously made to Debtors, (c) the secured loans and/or transactions previously made to Debtors by Empire Advisors, LLC, Altus Metals, LLC, Strategic Capital Partners, LLC and Winterfox,

L.L.C., and (d) an administrative loan to WUCC in the amount of One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00), hereby provides notice **that** pursuant to that certain "DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN FINANCING ON A SENIOR SECURED BASIS PURSUANT TO 11 U.S.C. § 364 AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE" (the "Motion") filed with the Bankruptcy Court on June 22, 2011 (CM/ECF # 680), in the event that the management or board of either WUCC or CK has been changed, , or in the event the management situation remains unresolved, Skye may elect not to make any further loans or extend any further credit to Debtors. Additionally, Skye provides notice that Skye may require the following conditions to any DIP loan pursuant to the Motion: (a) that any change in management of either of Debtors shall be an event of default under any loans made pursuant to the Motion; (b) that Skye reserves the right to approve any expenditures or payments over Five Thousand Dollars ($5,000) made with funds lent by Skye prior to any such expenditures or payments being made, and (c) that the due date of any such DIP loans is ninety (90) days after the date of the relevant order.

Further, Skye provides notice that the priming, superpriority DIP loan in the principal amount of Three Hundred Thousand and 00/100 Dollars ($300,000.00) ("Initial DIP Loan") made pursuant to that certain order of the United States Bankruptcy Court, District of Nevada Entered on July 2, 2010 as Document 137 ("DIP Order"), pursuant to paragraph 4 of the DIP Order, is due and payable, with interest accrued, on June 28, 2011. Skye and an affiliate of Skye have been involved in advanced negotiations with Debtors' management, the Official Committee of Unsecured Creditors, administrative and priority claimants, and other principal

creditors regarding a sale of all of Debtors' assets pursuant to Section 363 of the Code, or in the alternative a plan of reorganization, and is within approximately two (2) days or less of finalizing such documentation. Due to Skye and its affiliate's goal of, and perceived likelihood of, completing a 363 sale or plan of reorganization with Debtors prior to any claim of a change in management, Skye has deferred exercising its creditors' remedies under the Initial DIP Loan or with respect to any of the various senior secured loans held by Skye that encumber substantially all of the Debtors' assets and are in a total amount that now exceeds $70 million. However, if there has been a change in Debtors' management, there is a likelihood that Skye will promptly consider and pursue such remedies due to the challenges and unlikelihood of completing a plan or sale with new management. Skye additionally believes that the recent attempted actions to purportedly change management may have been taken with the primary purpose to obstruct any transaction with Skye, which is composed of the primary entities that have consistently supported the Debtors financially throughout the Cases, and to prolong the Debtors' bankruptcy cases without the ability to propose any alternative financing or purchase which, if successful, would operate to the detriment of all creditors.

DATED this 28th day of June, 2011.      **SMITH KNOWLES, P.C.**

/s/ Kenyon D. Dove
*Attorneys for Empire Advisors, LLC, Altus Metals, LLC and Skye Mineral Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2011, I caused a true and correct copy of the foregoing, **NOTICE TO INTERESTED PARTIES** via First Class United States mail, or ECF transmission as follows:

- J. Thomas Beckett    tbeckett@pblutah.com
- David P. Billings    dbillings@parsonsbehle.com
- Martin J. Brill    mjb@lnbyb.com
- Laurie A. Cayton tr    laurie.cayton@usdoj.gov, james.gee@usdoj.gov;lindsey.huston@usdoj.gov
- Steven W. Dougherty    sdougherty@aklawfirm.com, peggy@aklawfirm.com
- Kenyon D. Dove    kdove@smithknowles.com, dcouch@smithknowles.com
- Mark E Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com
- David B. Golubchik    dbg@lnbyb.com, angela@lnbyb.com
- M. Darin Hammond    dhammond@smithknowles.com, astevenson@smithknowles.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, brown.patricia@dorsey.com;smith.ron@dorsey.com;slc.lit@dorsey.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- David E. Leta    dleta@swlaw.com, wsmart@swlaw.com
- Christopher J. Marchant    cmarchant@bresnan.net
- Adelaide Maudsley    maudsley@chapman.com, jemery@chapman.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- David A. Nill    dnill@wklawpc.com, rchristensen@wklawpc.com;rbeattie@wklawpc.com
- Mitchel H. Perkiel    mitchel.perkiel@troutmansanders.com, harriet.cohen@troutmansanders.com
- William C. Price    wprice@thorpreed.com
- Nathan Seim    seim.nathan@dorsey.com
- Steven R. Skirvin    srs@dkclaw.com
- Engels Tejeda    etejeda@swlaw.com, kquick@swlaw.com;kiwilliams@swlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

Ronald Crouch
EQT
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

Stanford P. Fitts
Strong & Hanni
3 Triad Center
Suite 500
Salt Lake City, UT 84180

Christopher Grivakes
Affeld, Grivakes Zucker LLP
12400 Wilshire Blvd.
Suite 1180
Los Angeles, CA 90025

Edmond "Buddy" Miller
1610 Montclair Avenue
Suite C
Reno, NV 89509

Jennifer A. Smith
Lionel Sawyer & Collins
1100 Bank of America Plaza
50 West Liberty Street
Reno, NV 89501

/s/ Kenyon D. Dove
*Attorney at Law*